BRYAN et v FITTS et

Ohio Appeals, 9th Dist, Lorain Co

No 463. Decided Dec 21, 1928

Webber & Symons, Elyria, for Bryan et.
Baird, Vandemark & Butler, Elyria, for Fitts et.

WASHBURN, PJ

We find that plaintiffs' predecessor in title dedicated to the public, as a right of way for road purposes the part of said premises south of said line, and that the proper public authorities accepted said dedication and have a right to continue such use, and therefore plaintiffs are not entitled to the relief sought in their petition, and said petition is dismissed at their costs.

Funk, J, and Pardee, J, concur.